IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 13-00436-01-CR-W-DGK |
| KENNA HAIGHT, | ) ) ) | |
| Defendant. | ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On April 1, 2014, the Court ordered Defendant to undergo an examination pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. Tammy E. Sheehan, who prepared a report dated May 16, 2014. A competency hearing was held before United States Magistrate Judge John T. Maughmer on June 17, 2014.

On June 25, 2014, Judge Maughmer entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Maughmer is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against her, to assist properly in her defense, and to stand trial.

                                                            /s/ Greg Kays
                                          GREG KAYS, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

Date:  July 18, 2014